The Central Railroad and Banking Co. *v.* Chapman.

96a 769
f112 239

Atkinson, J.—It plainly appearing from the plaintiff's own testimony as a witness, that he voluntarily, and without being so ordered by any superior, undertook to operate a dangerous machine with which he was unfamiliar, and that it was entirely outside of the scope of his regular employment so to do; and there being no emergency which would justify a departure by him from his ordinary line of duty, he was not entitled to recover from his master, the defendant, for injuries thus occasioned, although in point of fact the machine was at the time in a defective condition.

April 29, 1895. Brought forward from the last term.    *Judgment reversed.*

Action for damages. Before Judge Butt. Muscogee superior court. May term, 1893.

Lawton & Cunningham, for plaintiff in error.

Little, Wimbish & Little and J. E. Chapman, *contra.*